23 So.2d 397

### James J. CLAYTON v. STATE.

#### 4 Div. 376.

Supreme Court of Alabama.

June 14, 1945.

Rehearing Denied Oct. 11, 1945.

John C. Walters, of Troy, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of James J. Clayton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Clayton v. State, 23 So.2d 396.

Writ denied.

GARDNER, C. J., and THOMAS, FOSTER, and STAKELY, JJ., concur.